THE PEOPLE OF THE STATE OF NEW YORK ex rel. WESLEY J. WILSON, Relator, v. CHARLES N. HARRIS, City Magistrate of the City of New York, and JOHN J. HANLEY, Warden and Keeper of the City Prison of the City of New York, Respondents. WILLIAM E. BELL, Prisoner, Appellant.—

Order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.